UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA

In re: SUSTAITA, LEONARD § Case No. 20-01222-EPB
§
§
§
Debtor(s)

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on 02/05/2020. The undersigned trustee was appointed on 02/05/2020.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized the gross receipts of                 $       250,000.00

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 133,973.66 |
| Administrative expenses | 15,000.00 |
| Bank service fees | 97.14 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1] | $       100,929.20 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 06/16/2020 and the deadline for filing governmental claims was 08/03/2020. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $15,587.12. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $15,587.12, for a total compensation of $15,587.12[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $57.75 for total expenses of $57.75[2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 06/23/2021    By: /s/ Dale Ulrich
                         Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

# Form 1
# Individual Estate Property Record and Report
## Asset Cases

Exhibit A
Page: 1

Case No.: 20-01222-EPB
Case Name: SUSTAITA, LEONARD

For Period Ending: 06/23/2021

Trustee Name: (240230) Dale Ulrich
Date Filed (f) or Converted (c): 02/05/2020 (f)
§ 341(a) Meeting Date: 03/10/2020
Claims Bar Date: 06/16/2020

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 25854 W. Nancy Ln., Buckeye, AZ 85326-0000, Maricopa County | 116,545.50 | 0.00 | | 250,000.00 | FA |
| 2 | Cars, vans, tractors, sport utility vehicles, motorcycles | 24,381.00 | 0.00 | | 0.00 | FA |
| 3 | Cars, vans, tractors, sport utility vehicles, motorcycles | 20,670.00 | 0.00 | | 0.00 | FA |
| 4 | Household goods and furnishings | 2,500.00 | 0.00 | | 0.00 | FA |
| 5 | Electronics | 500.00 | 0.00 | | 0.00 | FA |
| 6 | Electronics | 150.00 | 0.00 | | 0.00 | FA |
| 7 | Clothes | 350.00 | 0.00 | | 0.00 | FA |
| 8 | Cash | 180.00 | 180.00 | | 0.00 | FA |
| 9 | Deposits of Money | 0.00 | 0.00 | | 0.00 | FA |
| 10 | Retirement or pension accounts | 1,376.38 | 0.00 | | 0.00 | FA |
| 11 | Tax refunds owed to you | 0.00 | 0.00 | | 0.00 | FA |
| 12 | Interests in insurance policies | 0.00 | 0.00 | | 0.00 | FA |
| 12 | Assets Totals (Excluding unknown values) | $166,652.88 | $180.00 | | $250,000.00 | $0.00 |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):** 03/31/2021     **Current Projected Date Of Final Report (TFR):** 06/07/2021 (Actual)

# Form 2
## Cash Receipts And Disbursements Record

| Case No.: | 20-01222-EPB | Trustee Name: | Dale Ulrich (240230) |
|---|---|---|---|
| Case Name: | SUSTAITA, LEONARD | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***9395 | Account #: | ******1290 Checking |
| For Period Ending: | 06/23/2021 | Blanket Bond (per case limit): | $24,320,024.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 05/07/21 | | LANDMARK TITLE ASSURANCE AGENCY | NET SALES PROCEEDS | | 101,026.34 | | 101,026.34 |
| | {1} | JOHN ST THOMAS | SALES PRICE $250,000.00 | 1110-000 | | | |
| | | Vahnita L. Dorre | SECURED CLAIM -$121,701.87 | 4110-000 | | | |
| | | COLDWELL REALTY | REAL ESTATE COMMISSION -$6,250.00 | 3510-000 | | | |
| | | COLDWELL BANKER | REAL ESTATE COMMISSION -$8,750.00 | 3510-000 | | | |
| | | SANTARRA COMMUNITY ASSOCIATION | HOA DUES -$5,181.00 | 4110-000 | | | |
| | | MARICOPA COUNTY TREASURER | PROPERTY TAXES -$7,090.79 | 4700-000 | | | |
| 05/28/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 97.14 | 100,929.20 |
| | | **COLUMN TOTALS** | | | 101,026.34 | 97.14 | $100,929.20 |
| | | | Less: Bank Transfers/CDs | | 0.00 | 0.00 | |
| | | **Subtotal** | | | 101,026.34 | 97.14 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | $101,026.34 | $97.14 | |

# Form 2
## Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 20-01222-EPB | **Trustee Name:** | Dale Ulrich (240230) |
| **Case Name:** | SUSTAITA, LEONARD | **Bank Name:** | Metropolitan Commercial Bank |
| **Taxpayer ID #:** | **-***9395 | **Account #:** | ******1290 Checking |
| **For Period Ending:** | 06/23/2021 | **Blanket Bond (per case limit):** | $24,320,024.00 |
| | | **Separate Bond (if applicable):** | N/A |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******1290 Checking | $101,026.34 | $97.14 | $100,929.20 |
| | **$101,026.34** | **$97.14** | **$100,929.20** |

# Exhibit C

## Claims Proposed Distribution Register

### Case: 20-01222-EPB SUSTAITA, LEONARD

**Case Balance:** $100,929.20    **Total Proposed Payment:** $100,929.20    **Remaining Balance:** $0.00

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| 12 | Vahnita L. Dorre | Secured | $123,755.58 | $121,701.87 | $121,701.87 | $0.00 | $0.00 | $100,929.20 |
|  | Dale Ulrich | Admin Ch. 7 | $15,587.12 | $15,587.12 | $0.00 | $15,587.12 | $15,587.12 | $85,342.08 |
|  | <2100-00 Trustee Compensation> | | | | | | | |
|  | Dale Ulrich | Admin Ch. 7 | $57.75 | $57.75 | $0.00 | $57.75 | $57.75 | $85,284.33 |
|  | <2200-00 Trustee Expenses> | | | | | | | |
|  | CLERK, U.S. BANKRUPTCY COURT | Admin Ch. 7 | $350.00 | $350.00 | $0.00 | $350.00 | $350.00 | $84,934.33 |
|  | <2700-00 Clerk of the Court Fees> | | | | | | | |
|  | TERRY A DAKE LTD | Admin Ch. 7 | $20,230.00 | $20,230.00 | $0.00 | $20,230.00 | $20,230.00 | $64,704.33 |
|  | <3210-00 Attorney for Trustee Fees (Other Firm)> | | | | | | | |
|  | TERRY A DAKE LTD | Admin Ch. 7 | $215.40 | $215.40 | $0.00 | $215.40 | $215.40 | $64,488.93 |
|  | <3220-00 Attorney for Trustee Expenses (Other Firm) > | | | | | | | |
| 20P | ARIZONA DEPARTMENT OF REVENUE | Priority | $892.57 | $892.57 | $0.00 | $892.57 | $892.57 | $63,596.36 |
| 21P | Internal Revenue Service | Priority | $4,608.19 | $4,608.19 | $0.00 | $4,608.19 | $4,608.19 | $58,988.17 |
| 1 | First National Bank Of Omaha | Unsecured | $2,111.08 | $2,111.08 | $0.00 | $2,111.08 | $2,111.08 | $56,877.09 |
| 2 | Discover Bank | Unsecured | $1,561.68 | $1,561.68 | $0.00 | $1,561.68 | $1,561.68 | $55,315.41 |

# Exhibit C

## Claims Proposed Distribution Register

**Case: 20-01222-EPB SUSTAITA, LEONARD**

**Case Balance:** $100,929.20    **Total Proposed Payment:** $100,929.20    **Remaining Balance:** $0.00

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| 3 | Qwest Corporation dba CenturyLink | Unsecured | $189.60 | $189.60 | $0.00 | $189.60 | $189.60 | $55,125.81 |
| 4 | Capital One Bank (USA), N.A. | Unsecured | $3,619.10 | $3,619.10 | $0.00 | $3,619.10 | $3,619.10 | $51,506.71 |
| 5 | Capital One Bank (USA), N.A. | Unsecured | $4,544.45 | $4,544.45 | $0.00 | $4,544.45 | $4,544.45 | $46,962.26 |
| 6 | COX COMMUNICATIONS | Unsecured | $725.72 | $725.72 | $0.00 | $725.72 | $725.72 | $46,236.54 |
| 7 | Quantum3 Group LLC | Unsecured | $5,804.31 | $5,804.31 | $0.00 | $5,804.31 | $5,804.31 | $40,432.23 |
| 8 | AMERICAN EXPRESS NATIONAL BANK | Unsecured | $5,221.57 | $5,221.57 | $0.00 | $5,221.57 | $5,221.57 | $35,210.66 |
| 9 | AMERICAN EXPRESS NATIONAL BANK | Unsecured | $896.46 | $896.46 | $0.00 | $896.46 | $896.46 | $34,314.20 |
| 10 | CAPITAL ONE, N.A. | Unsecured | $884.07 | $884.07 | $0.00 | $884.07 | $884.07 | $33,430.13 |
| 11 | Portfolio Recovery Associates, LLC | Unsecured | $459.96 | $459.96 | $0.00 | $459.96 | $459.96 | $32,970.17 |
| 13 | Quantum3 Group LLC | Unsecured | $1,739.54 | $1,739.54 | $0.00 | $1,739.54 | $1,739.54 | $31,230.63 |
| 14 | Quantum3 Group LLC | Unsecured | $543.55 | $543.55 | $0.00 | $543.55 | $543.55 | $30,687.08 |
| 15 | Synchrony Bank | Unsecured | $1,842.25 | $1,842.25 | $0.00 | $1,842.25 | $1,842.25 | $28,844.83 |
| 16 | Synchrony Bank | Unsecured | $1,791.51 | $1,791.51 | $0.00 | $1,791.51 | $1,791.51 | $27,053.32 |

# Exhibit C

## Claims Proposed Distribution Register

### Case: 20-01222-EPB SUSTAITA, LEONARD

**Case Balance:** $100,929.20  **Total Proposed Payment:** $100,929.20  **Remaining Balance:** $0.00

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| 17 | Synchrony Bank | Unsecured | $1,865.12 | $1,865.12 | $0.00 | $1,865.12 | $1,865.12 | $25,188.20 |
| 18 | Citibank, N.A. | Unsecured | $534.03 | $534.03 | $0.00 | $534.03 | $534.03 | $24,654.17 |
| 19 | Citibank, N.A. | Unsecured | $3,302.05 | $3,302.05 | $0.00 | $3,302.05 | $3,302.05 | $21,352.12 |
| 22 | MOHELA | Unsecured | $11,010.13 | $11,010.13 | $0.00 | $11,010.13 | $11,010.13 | $10,341.99 |
| 23 | Mushkatel, Robbins & Becker P.L.L.C. | Unsecured | $3,481.52 | $3,481.52 | $0.00 | $3,481.52 | $3,481.52 | $6,860.47 |
| 20U | ARIZONA DEPARTMENT OF REVENUE | Unsecured | $132.02 | $132.02 | $0.00 | $132.02 | $132.02 | $6,728.45 |
| 21U | Internal Revenue Service | Unsecured | $1,942.10 | $1,942.10 | $0.00 | $1,942.10 | $1,942.10 | $4,786.35 |
| 1I | First National Bank Of Omaha | Unsecured | $54.06 | $54.06 | $0.00 | $54.06 | $54.06 | $4,732.29 |
| 2I | Discover Bank | Unsecured | $39.99 | $39.99 | $0.00 | $39.99 | $39.99 | $4,692.30 |
| 3I | Qwest Corporation dba CenturyLink | Unsecured | $4.86 | $4.86 | $0.00 | $4.86 | $4.86 | $4,687.44 |
| 4I | Capital One Bank (USA), N.A. | Unsecured | $92.67 | $92.67 | $0.00 | $92.67 | $92.67 | $4,594.77 |
| 5I | Capital One Bank (USA), N.A. | Unsecured | $116.37 | $116.37 | $0.00 | $116.37 | $116.37 | $4,478.40 |
| 6I | COX COMMUNICATIONS | Unsecured | $18.58 | $18.58 | $0.00 | $18.58 | $18.58 | $4,459.82 |

# Exhibit C

## Claims Proposed Distribution Register

### Case: 20-01222-EPB SUSTAITA, LEONARD

**Case Balance:** $100,929.20     **Total Proposed Payment:** $100,929.20     **Remaining Balance:** $0.00

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| 7I | Quantum3 Group LLC | Unsecured | $148.63 | $148.63 | $0.00 | $148.63 | $148.63 | $4,311.19 |
| 8I | AMERICAN EXPRESS NATIONAL BANK | Unsecured | $133.71 | $133.71 | $0.00 | $133.71 | $133.71 | $4,177.48 |
| 9I | AMERICAN EXPRESS NATIONAL BANK | Unsecured | $22.96 | $22.96 | $0.00 | $22.96 | $22.96 | $4,154.52 |
| 10I | CAPITAL ONE, N.A. | Unsecured | $22.64 | $22.64 | $0.00 | $22.64 | $22.64 | $4,131.88 |
| 11I | Portfolio Recovery Associates, LLC | Unsecured | $11.78 | $11.78 | $0.00 | $11.78 | $11.78 | $4,120.10 |
| 13I | Quantum3 Group LLC | Unsecured | $44.54 | $44.54 | $0.00 | $44.54 | $44.54 | $4,075.56 |
| 14I | Quantum3 Group LLC | Unsecured | $13.92 | $13.92 | $0.00 | $13.92 | $13.92 | $4,061.64 |
| 15I | Synchrony Bank | Unsecured | $47.17 | $47.17 | $0.00 | $47.17 | $47.17 | $4,014.47 |
| 16I | Synchrony Bank | Unsecured | $45.87 | $45.87 | $0.00 | $45.87 | $45.87 | $3,968.60 |
| 17I | Synchrony Bank | Unsecured | $47.76 | $47.76 | $0.00 | $47.76 | $47.76 | $3,920.84 |
| 18I | Citibank, N.A. | Unsecured | $13.67 | $13.67 | $0.00 | $13.67 | $13.67 | $3,907.17 |
| 19I | Citibank, N.A. | Unsecured | $84.56 | $84.56 | $0.00 | $84.56 | $84.56 | $3,822.61 |
| 20PI | ARIZONA DEPARTMENT OF REVENUE | Priority | $22.86 | $22.86 | $0.00 | $22.86 | $22.86 | $3,799.75 |
| 20UI | ARIZONA DEPARTMENT OF REVENUE | Unsecured | $3.38 | $3.38 | $0.00 | $3.38 | $3.38 | $3,796.37 |

# Exhibit C

## Claims Proposed Distribution Register

### Case: 20-01222-EPB SUSTAITA, LEONARD

| **Case Balance:** | $100,929.20 | **Total Proposed Payment:** | $100,929.20 | **Remaining Balance:** | $0.00 |

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| 21PI | Internal Revenue Service | Priority | $118.00 | $118.00 | $0.00 | $118.00 | $118.00 | $3,678.37 |
| 21UI | Internal Revenue Service | Unsecured | $49.73 | $49.73 | $0.00 | $49.73 | $49.73 | $3,628.64 |
| 22I | MOHELA | Unsecured | $281.93 | $281.93 | $0.00 | $281.93 | $281.93 | $3,346.71 |
| 23I | Mushkatel, Robbins & Becker P.L.L.C. | Unsecured | $89.15 | $89.15 | $0.00 | $89.15 | $89.15 | $3,257.56 |
| SURPLUS | SUSTAITA, LEONARD | Unsecured | $3,257.56 | $3,257.56 | $0.00 | $3,257.56 | $3,257.56 | $0.00 |
| | **Total for Case:** | **20-01222-EPB** | $224,684.78 | $222,631.07 | $121,701.87 | $100,929.20 | $100,929.20 | |

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 20-01222-EPB
Case Name: LEONARD SUSTAITA
Trustee Name: Dale Ulrich

**Balance on hand:** $ 100,929.20

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 12 | Vahnita L. Dorre | 123,755.58 | 121,701.87 | 121,701.87 | 0.00 |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 100,929.20

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Dale Ulrich | 15,587.12 | 0.00 | 15,587.12 |
| Trustee, Expenses - Dale Ulrich | 57.75 | 0.00 | 57.75 |
| Charges, U.S. Bankruptcy Court | 350.00 | 0.00 | 350.00 |
| Attorney for Trustee Fees (Other Firm) - TERRY A DAKE LTD | 20,230.00 | 0.00 | 20,230.00 |
| Attorney for Trustee Expenses (Other Firm) - TERRY A DAKE LTD | 215.40 | 0.00 | 215.40 |

Total to be paid for chapter 7 administrative expenses: $ 36,440.27
Remaining balance: $ 64,488.93

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 64,488.93

**UST Form 101-7-TFR(5/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $5,500.76 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 20P | ARIZONA DEPARTMENT OF REVENUE | 892.57 | 0.00 | 892.57 |
| 21P | Internal Revenue Service | 4,608.19 | 0.00 | 4,608.19 |

|  |  |
|---|---|
| Total to be paid for priority claims: | $ 5,500.76 |
| Remaining balance: | $ 58,988.17 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $37,636.05 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | First National Bank Of Omaha | 2,111.08 | 0.00 | 2,111.08 |
| 2 | Discover Bank | 1,561.68 | 0.00 | 1,561.68 |
| 3 | Qwest Corporation dba CenturyLink | 189.60 | 0.00 | 189.60 |
| 4 | Capital One Bank (USA), N.A. | 3,619.10 | 0.00 | 3,619.10 |
| 5 | Capital One Bank (USA), N.A. | 4,544.45 | 0.00 | 4,544.45 |
| 6 | COX COMMUNICATIONS | 725.72 | 0.00 | 725.72 |
| 7 | Quantum3 Group LLC | 5,804.31 | 0.00 | 5,804.31 |
| 8 | AMERICAN EXPRESS NATIONAL BANK | 5,221.57 | 0.00 | 5,221.57 |
| 9 | AMERICAN EXPRESS NATIONAL BANK | 896.46 | 0.00 | 896.46 |
| 10 | CAPITAL ONE, N.A. | 884.07 | 0.00 | 884.07 |
| 11 | Portfolio Recovery Associates, LLC | 459.96 | 0.00 | 459.96 |
| 13 | Quantum3 Group LLC | 1,739.54 | 0.00 | 1,739.54 |
| 14 | Quantum3 Group LLC | 543.55 | 0.00 | 543.55 |
| 15 | Synchrony Bank | 1,842.25 | 0.00 | 1,842.25 |
| 16 | Synchrony Bank | 1,791.51 | 0.00 | 1,791.51 |
| 17 | Synchrony Bank | 1,865.12 | 0.00 | 1,865.12 |
| 18 | Citibank, N.A. | 534.03 | 0.00 | 534.03 |
| 19 | Citibank, N.A. | 3,302.05 | 0.00 | 3,302.05 |

**UST Form 101-7-TFR(5/1/2011)**

| | | | |
|---|---:|---:|---:|
| Total to be paid for timely general unsecured claims: | | $ | 37,636.05 |
| Remaining balance: | | $ | 21,352.12 |

Tardily filed claims of general (unsecured) creditors totaling $14,491.65 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 22 | MOHELA | 11,010.13 | 0.00 | 11,010.13 |
| 23 | Mushkatel, Robbins & Becker P.L.L.C. | 3,481.52 | 0.00 | 3,481.52 |

| | | | |
|---|---:|---:|---:|
| Total to be paid for tardily filed general unsecured claims: | | $ | 14,491.65 |
| Remaining balance: | | $ | 6,860.47 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $2,074.12 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 100.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 20U | ARIZONA DEPARTMENT OF REVENUE | 132.02 | 0.00 | 132.02 |
| 21U | Internal Revenue Service | 1,942.10 | 0.00 | 1,942.10 |

| | | | |
|---|---:|---:|---:|
| Total to be paid for subordinated claims: | | $ | 2,074.12 |
| Remaining balance: | | $ | 4,786.35 |

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 1.55% pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $1,528.79. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $3,257.56.

**UST Form 101-7-TFR(5/1/2011)**